Thomas J. Norton, Respondent, v. United States Metal Products Company, Appellant. – Order affirmed, with ten dollars costs and disburse-

ments. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.